IN RE OHIO DOMESTIC-VIOLENCE STATUTE CASES.

**[Cite as *In re Ohio Domestic–Violence Statute Cases,* 114 Ohio St.3d 430, 2007-Ohio-4552.]**

(Submitted August 14, 2007—Decided September 19, 2007.)

---

{¶ 1} The following dispositions of currently pending appeals and certified conflicts are hereby entered, based on our decision in *State v. Carswell,* 114 Ohio St.3d 210, 2007-Ohio-3723, 871 N.E.2d 547.

MOYER, C.J., PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and CUPP, JJ., concur.

LANZINGER, J., dissents for the reasons stated in her dissenting opinion in *State v. Carswell.*

## I

{¶ 2} The judgments of the courts of appeals in the following cases are affirmed:

{¶ 3} 2006–0336. *State v. Burk,* 164 Ohio App.3d 740, 2005-Ohio-6727, 843 N.E.2d 1254.

{¶ 4} 2006–0766. *Cleveland v. Voies,* Cuyahoga App. No. 86317, 2006-Ohio-815, 2006 WL 440341.

{¶ 5} 2006–1032. *State v. Campbell,* Warren App. No. CA2005–06–069.

{¶ 6} 2006–1292. *State v. Douglas,* Cuyahoga App. Nos. 86567 and 86568, 2006-Ohio-2343, 2006 WL 1304860.

{¶ 7} 2006–1501. *State v. Rodriguez,* Huron App. No. H–05–020, 2006-Ohio-3378, 2006 WL 1793688.

{¶ 8} 2006–1862. *State v. Wain,* Cuyahoga App. No. 86960, 2006-Ohio-4124, 2006 WL 2299205.

{¶ 9} 2006–2092. *State v. Jenson,* Lake App. No. 2005–L–193, 2006-Ohio-5169, 2006 WL 2796284.

{¶ 10} 2006–2217. *State v. Kvasne,* 169 Ohio App.3d 167, 2006-Ohio-5235, 862 N.E.2d 171.

## II

{¶ 11} The judgments of the courts of appeals in the following cases are reversed:

{¶ 12} 2006–0905. *State v. Ward,* 166 Ohio App.3d 188, 2006-Ohio-1407, 849 N.E.2d 1076.

{¶ 13} 2006–0949. *State v. Phillips,* Montgomery App. No. 21128, 2006-Ohio-1607, 2006 WL 827400.

{¶ 14} 2006–0987. *State v. McIntosh,* Montgomery App. No. 21093, 2006-Ohio-1815, 2006 WL 925179.

{¶ 15} 2006–1010. *State v. Peterson,* Greene App. No. 2005 CA 44, 2006-Ohio-1816, 2006 WL 925158.

{¶ 16} 2006–1011. *State v. Woullard,* Greene App. No. 2005 CA 61, 2006-Ohio-1804, 2006 WL 925160.

{¶ 17} 2006–1095. *State v. Maddox,* Montgomery App. No. 21133, 2006-Ohio-2127, 2006 WL 1132387.

{¶ 18} 2006–1255. *State v. Robinson,* Greene App. No. 2005 CA 62, 2006-Ohio-2650, 2006 WL 1461075.

{¶ 19} 2006–1256. *State v. Davis,* Greene App. No. 2005 CA 60, 2006-Ohio-2633, 2006 WL 1453112.

{¶ 20} 2006–1580. *State v. Wagoner,* Montgomery App. No. 21225, 2006-Ohio-3760, 2006 WL 2044173.

{¶ 21} 2006–1760. *State v. Newman,* Montgomery App. No. 21264, 2006-Ohio-4160, 2006 WL 2336626.

## III

{¶ 22} The certified conflicts in the following cases are answered by the opinion:

{¶ 23} 2006–0988. *State v. McIntosh,* Montgomery App. No. 21093, 2006-Ohio-1815, 2006 WL 925179.

{¶ 24} 2006–1024. *State v. Phillips,* Montgomery App. No. 21128, 2006-Ohio-1607, 2006 WL 827400.

{¶ 25} 2006–1110. *State v. Maddox,* Montgomery App. No. 21133, 2006-Ohio-2127, 2006 WL 1132387.

{¶ 26} 2006–1122. *State v. Ward,* 166 Ohio App.3d 188, 2006-Ohio-1407, 849 N.E.2d 1076.

{¶ 27} 2006–1592. *State v. Wagoner,* Montgomery App. No. 21225, 2006-Ohio-3760, 2006 WL 2044173.

{¶ 28} 2006–1859. *State v. Newman,* Montgomery App. No. 21264, 2006-Ohio-4160, 2006 WL 2336626.

## IV

{¶ 29} The certified conflicts in the following cases are answered by the opinion and the judgments of the courts of appeals are reversed:

{¶ 30} 2006–1130. *State v. McKinley,* Logan App. No. 8–05–14, 2006-Ohio-2507, 2006 WL 1381635. Cupp, J., not participating.

{¶ 31} 2006–1216. *State v. Shaffer,* Union App. No. 14–05–55, 2006-Ohio-2662, 2006 WL 1459769.

{¶ 32} 2006–1330. *State v. Logsdon,* Seneca App. No. 13–05–29, 2006-Ohio-2938, 2006 WL 1585447.